IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITO JIMENEZ, et. al., | CASE NO. 5:13-cv-04615 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SUNTRUST MORTGAGE INC., | |
| Defendant(s). | |

On October 4, 2013, this court issued an order which scheduled the above-entitled action for a Case Management Conference on February 7, 2014, and required the parties to file a Joint Case Management Conference Statement on or before January 31, 2014. See Docket Item No. 5. Defendant filed a separate Case Management Statement in response to the order after attempting to obtain Plaintiffs' input. See Docket Item No. 15. As of the date and time this order was filed, Plaintiffs have not complied.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiffs do not, **by February 10, 2014,** file a Case Management Conference Statement or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court. In light of this order, the Case Management Conference scheduled for February 7, 2014, is VACATED and will be reset by the court if necessary.

**IT IS SO ORDERED.**

Dated:  February 4, 2014

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04615 EJD
ORDER TO SHOW CAUSE