IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARITO JIMENEZ, et. al., | CASE NO. 5:13-cv-04615 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| SUNTRUST MORTGAGE INC., | |
| Defendant(s). | |

On February 4, 2014, the court ordered Plaintiffs to show cause by February 10, 2014, why this action should not be dismissed for failure to prosecute or failure to comply with a court order after Plaintiffs failed to submit a case management statement by the deadline imposed by the court. See Docket Item No. 16.  The court advised Plaintiffs that this case would be dismissed if they did not file a case management statement or otherwise demonstrate good cause.  Id.

Plaintiffs have not complied with the show cause order as directed.  Accordingly, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).  Judgment will be entered in favor of Defendant and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 11, 2014

_____
EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04615 EJD
ORDER DISMISSING CASE